**Order entered February 11, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00392-CR

**COURTNEY DUANE BARLOW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82257-2020**

## ORDER

Before the Court is appellant's February 9, 2022 fifth motion for an extension of time to file his brief. A review of this appeal shows the notice of appeal was filed on March 3, 2021. Because of a delay in the filing of the reporter's record, appellant's brief was initially due on October 9, 2021. Having considered the Texas Supreme Court's ongoing direction to liberally allow extensions of time due to the COVID-19 pandemic, we granted four extensions of time, giving appellant an additional one hundred and twenty-three days to draft and

file his brief. In our January 11, 2022 order, we cautioned appellant that absent extenuating circumstances, the failure to file a brief by February 9 would result in the appeal being abated for a hearing. In his fifth motion, appellant states he needs an additional thirty days in which to file a brief, citing the same reasons as he did in his January motion but no new or additional issues. Appellant does not, however, indicate whether he has read or reviewed the six-volume reporter's record or the clerk's record, nor does he indicate whether he has started drafting the brief.

Under these circumstances, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Benjamin Smith, Presiding Judge, 380th Judicial District Court; and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated twenty days from the date of this order or when the Court finds it appropriate to do so.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE